# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY,<br><br>        Plaintiff,<br><br>    vs.<br><br>ZARAGOZA,<br><br>        Defendant. | 1:13cv00115 LJO DLB PC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Matthew James Dury ("Plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, filed this civil action on January 25, 2013, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.[1]

Pursuant to Court order, he filed a First Amended Complaint ("FAC") on October 15, 2013. On March 14, 2014, the Court screened the FAC and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has not complied with the order or otherwise contacted the Court.

---

[1] On July 9, 2013, the Court determined that Plaintiff had accrued three strikes within the meaning of 28 U.S.C. § 1915(g) and could not proceed in forma pauperis. The instant action, however, was filed prior to this determination.

1

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute.  Plaintiff SHALL file a response to this order within THIRTY (30) days of the date of service of this order.  Plaintiff may also comply with this order by filing his amended complaint within this time frame.

**The failure to comply with this order, or the failure to show good cause, will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **May 5, 2014**                             /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE